UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Denise Carlon, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for MTGLQ INVESTORS, L.P.

In Re:

Suzann Persichetti

                        Debtor

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R.
   Bankr. P. 9010(b) the undersigned enters an
                appearance in this case

Case No: 16-30978 JNP

Chapter: 13

Judge: Jerrold N. Poslusny Jr.

on behalf of

MTGLQ INVESTORS, L.P.

Request is made that the documents filed in this
case and identified below be served on the
undersigned at this address:

ADDRESS:

23 North Warner Street Woodbury, NJ 08096

DOCUMENTS
☐  All notices entered pursuant to Fed. R.
Bankr. P. 2002.
☐☐  All documents and pleadings of any
nature.

**/s/ Denise Carlon, Esquire**
Denise Carlon, Esquire
Brian C. Nicholas, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant

*new 8/1/15*