Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−30978−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Suzann Persichetti
   23 N. Warner Street
   Woodbury, NJ 08096

Social Security No.:
   xxx−xx−1950

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/1/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 1, 2017
JAN: cmf

                                             Jeanne Naughton
                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-30978-JNP
Suzann Persichetti                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: May 01, 2017
                              Form ID: 148             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2017.
```
db              +Suzann Persichetti,    23 N. Warner Street,     Woodbury, NJ 08096-5888
516479306        Atlantic ER Phys Team Ped,    435 Hurffville Cross Keys Rd,    Turnersville, NJ 08012-2453
516479308        Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
516479309        Children's Hospital of Philadelphia,    PB Chop,    PO Box 788017,    Philadelphia, PA 19178-8017
516479314       +ERC,   PO Box 57610,    Jacksonville, FL 32241-7610
516479315        Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
516479316       +GEICO,   ATTN: Region 8 Policy,    PO Box 9506,    Fredericksburg, VA 22403-9506
516479318        HRRG,   PO Box 459080,    Fort Lauderdale, FL 33345-9080
516479317       +Harris & Harris, Ltd,    111 West Jackson Boulevard, Suite 400,     Chicago, IL 60604-4135
516479319        Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
516492192       +MTGLQ Investors, L.P,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                  Greenville, SC 29603-0826
516479321        Mercantile Adjustment Bureau, LLC,    165 Lawrence Bell Drive Suite 100,
                  Williamsville, NY 14221-7900
516479322       +Phelan Hallinan Diamond & Jones, PC,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ 08054-3437
516479324        Remex, Inc.,   307 Wall St,    Princeton, NJ 08540-1515
516479325       +Shellpoint Mortgage Services,    55 Beattie Pl Ste 110,    Greenville, SC 29601-5115
516479326        South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
516479327        Virtual Radiologic Corporation,    3625 Quakerbridge Road,    Hamilton, NJ 08619-1268
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 01 2017 22:58:54     U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 01 2017 22:58:52     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516479305        EDI: ARSN.COM May 01 2017 22:23:00      ARS National Services Inc.,    PO Box 463023,
                  Escondido, CA 92046-3023
516595705        EDI: BL-BECKET.COM May 01 2017 22:23:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                  PO Box 3001,    Malvern PA 19355-0701
516479307        EDI: CHASE.COM May 01 2017 22:23:00      Cardmember Service,    PO Box 15298,
                  Wilmington, DE 19850-5298
516479310       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 01 2017 22:59:29      Comcast,
                  1 Comcast Ctr,    Philadelphia, PA 19103-2899
516479311        EDI: WFNNB.COM May 01 2017 22:23:00      Comenity Bank,    Bankruptcy Department,    PO Box 182125,
                  Columbus, OH 43218-2125
516479312       +E-mail/Text: legal-dept@cooperhealth.edu May 01 2017 22:58:54     Cooper Health System,
                  1 Cooper Plz,    Camden, NJ 08103-1489
516479313       +EDI: CCS.COM May 01 2017 22:23:00      Credit Collection Services,    2 Wells Ave,
                  Newton Center, MA 02459-3246
516479320        EDI: CBSKOHLS.COM May 01 2017 22:23:00      Kohl's,   PO Box 3043,    Milwaukee, WI 53201-3043
516479323       +E-mail/Text: bankruptcy@pseg.com May 01 2017 22:58:13     PSE&G,    ATTN: Bankruptcy Dept,
                  PO Box 490,    Cranford, NJ 07016-0490
516493030        EDI: Q3G.COM May 01 2017 22:28:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                  PO Box 788,    Kirkland, WA 98083-0788
516666468       +EDI: RMSC.COM May 01 2017 22:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1            User: admin             Page 2 of 2              Date Rcvd: May 01, 2017
                                Form ID: 148            Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Rex J. Roldan    on behalf of Debtor Suzann  Persichetti roldanlaw@comcast.net,
               r43760@notify.bestcase.com
                                                                                             TOTAL: 3
```